IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
FILED
DEC 11 2012
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

| | | |
|---|---|---|
| DAVID GOLZAR, individually and as TRUSTEE OF THE DAVID GOLZAR REVOCABLE TRUST, | ) | |
| Plaintiff, | ) | Case Number: CJ-2012-06405 |
| v. | ) | |
| FARMERS INSURANCE COMPANY, INC. | ) | |
| Defendant. | ) | DAMAN CANTRELL |

**PETITION**

COMES NOW the Plaintiff, David Golzar individually and as Trustee of the David Golzar Revocable Trust and for his cause of action against the Defendant, Farmers Insurance Company alleges and states as follows:

1. Plaintiff, David Golzar individually and Trustee of the David Golzar Revocable Trust is a resident of the City of Tulsa, Tulsa County, State of Oklahoma.

2. Upon information and belief, Defendant, Farmers Insurance Company, Inc. is an insurance company doing business in the state of Oklahoma.

3. The cause of action herein arises out of a claim for damage to real property to which occurred in Tulsa County, Oklahoma and this Court has jurisdiction of the parties hereto and the subject matter thereof.

**FIRST CAUSE OF ACTION**
(Breach of Contract)

Plaintiffs reallege, readopt and restate all allegations contained in paragraphs 1 through 3 of the First cause of action and in addition thereto states:

4. That Plaintiff purchases from Defendant an insurance homeowners policy number 08-0926857584 for real property located at 5671 S. Evanston Ave., Tulsa, OK.





5. That on or about December 11, 2007, the Plaintiff sustained damage to his property due to shifting and/or "settling" that was a covered peril under Defendants insurance policy issued to Plaintiff.

6. That under the policy requirements, Defendant has failed to properly estimate and pay for the damages sustained from the above-described loss.

7. That Defendant has paid partially for the loss but has not fully compensated Plaintiff for the entire loss.

WHEREFORE, premises considered, Plaintiff, David Golzar, individually and as Trustee of the David Golzar Revocable Trust, demand judgment against the Defendant, jointly and severally, in an amount in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code and for their cost expended, including reasonable attorney fees, for interest at the statutory rate, and for such other and further relief which this Court deems equitable, just, and proper.

Respectfully submitted,

Nathan E. Barnard, OBA #15183
Barnard Law Firm
3501 E 31st Street
Tulsa, OK 74135
(918)392-8420
(918)587-4767

ATTORNEY LIEN CLAIMED