## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DAVID GOLZAR, individually and as TRUSTEE OF THE DAVID GOLZAR REVOCABLE TRUST,** | )<br>)<br>)<br>) |
| **Plaintiff,** | ) Case Number: 13-cv-408-GKF-TLW |
| | ) |
| **V.** | )<br>) |
| **FARMERS INSURANCE COMPANY, INC.** | )<br>)<br>) |
| **Defendant.** | ) |

### JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS

COMES NOW, Plaintiff, David Golzar, individually and as Trustee of the David Golzar Revocable Trust and Defendant, Farmers Insurance Company, Inc., and file this Joint Stipulation of Dismissal pursuant to which Plaintiff, David Golzar, individually and as Trustee of the David Golzar Revocable Trust stipulates that all claims that he has asserted against Defendant, Farmers Insurance Company, Inc. shall be dismissed. All such claims made the basis of the stipulation are dismissed in their entirety and with prejudice.

WHEREFORE, PREMISES CONSIDERED, David Golzar, individually and as Trustee of the David Golzar Revocable Trust and Farmers Insurance Company, Inc. respectfully request the Court to enter an order that all of Plaintiff's claims against Farmers Insurance Company, Inc. be dismissed with prejudice.

1

2

        Respectfully submitted,

        s/Nathan E. Barnard
        Nathan E. Barnard, OBA #15183
        Barnard Law Firm
        3501 E. 31st Street
        Tulsa, OK 74135
        (918)392-8420-Phone
        (918)587-4767-Fax

        s/Robert Taylor
        Robert Taylor, OBA #8879
        Taylor, Ryan, Minton,
        Van Dalsem & Williams, PC
        1437 S. Boulder Ave., Ste. 850
        Tulsa, OK 74119
        (918)749-5566
        (918)749-9531-Fax

## **CERTIFICATE OF MAILING**

    The undersigned hereby certifies that on the 30th day of September, 2013, a copy of the foregoing pleading was forwarded electronically using the Court's Electronic Case Filing System to counsel of record.

        s/Nathan E. Barnard
        Nathan E. Barnard